IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>      v.<br><br>JUAN ORTIZ-CASTRO,<br><br>                 Defendant. | **CASE NO.  1:17-MJ-00073**<br><br>**ORDER DISMISSING COMPLAINT (Fed.R.Crim.P 48(A))** |

      The United States of America, having moved this Court to dismiss the complaint in the above-named case pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, without prejudice, for the recall of any warrant, and in the interest of justice and good cause appearing;

      IT IS HEREBY ORDERED that the complaint in the above-captioned case shall be dismissed without prejudice in the interest of justice, and the warrant is recalled.

IT IS SO ORDERED.

    Dated:  **March 30, 2021**                            /s/ Erica P. Grosjean
                                                                        UNITED STATES MAGISTRATE JUDGE